# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

DARRYL TAYLOR,

        Petitioner,           :    Case No. 1:17-cv-267

- vs -                    District Judge Michael R. Barrett
                                Magistrate Judge Michael R. Merz

TIM BUCHANAN, Warden,
 Noble Correctional Institution

                          :

        Respondent.

---

# ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION

---

This habeas corpus case is before the Court on Petitioner's Motion for Reconsideration (ECF No. 15). The Magistrate Judge treated this as a motion for relief from judgment under Fed. R. Civ. P. 60(b)(1) and recommended that it be granted (Report, ECF No. 16). The parties were notified of the time limit for making Objections, that limit has expired, and no objections have been made. Accordingly, the Report is ADOPTED and the Judgment of June 7, 2018 (ECF No. 12) is VACATED.

The case remains pending before the Magistrate Judge on Petitioner's Objections (ECF No. 19) to the Magistrate Judge's prior Report (ECF No. 10). The Court has recommitted the matter to the Magistrate Judge for reconsideration in light of the Objections (ECF No. 20).

July 19, 2018.

                                      Michael R. Barrett
                                  United States District Judge